UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-9400-MWF(PLAx)**                                      Dated: **March 21, 2016**

Title:      Construction Laborers Trust Funds for Southern California Administrative Company -v- PIMA Construction, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement as to Defendant American Contractors Indemnity Company, filed March 18, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **April 18, 2016, at 11:30 a.m.** If a stipulated dismissal is filed as to this defendant, prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                 Initials of Deputy Clerk   cw
CIVIL - GEN