JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | CASE NO. CV15-09400 MWF(PLAx) |
| Plaintiff, | **JUDGMENT AND PERMANENT INJUNCTION** |
| vs. | |
| PIMA CORPORATION, a California corporation also known as and doing business as ADVANCED CONSTRUCTION; BIJAN PIROUZ, an individual; and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, | |
| Defendants. | |

In accordance with the Order Granting Default Judgment Against Defendants PIMA Corporation and Bijan Pirouz (Docket No.28) and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

///

///

///

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered in favor of Plaintiff and against Defendants PIMA and Pirouz. Specifically, judgment is entered in favor of Plaintiff and against Defendant PIMA in the amount of **$343,226.91**. Of that amount, Defendant Pirouz shall be jointly and severally liable for **$34,378.12**.

2. Defendant PIMA, through its responsible managing officer, Defendant Pirouz, is to comply with an audit by Plaintiff commencing with the period of January 1, 2015, to the date of the audit and produce its payroll and business records to Plaintiff's appointed auditor and/or other authorized representative for a full and complete audit to determine Defendant PIMA's compliance with the reporting and payment provisions of labor agreements with the Southern California District Council of Laborers and its affiliated Local Unions. Defendant PIMA, through its responsible managing officer, Defendant Pirouz and/or through any other authorized agent, or representative is to comply with the audit within 15 days of service of this Judgment and Order.

3. Plaintiff is awarded against Defendant PIMA **$10,464.54** in attorney's fees and **$1,159.84** in legal costs. Of these amounts, Defendant Pirouz shall be jointly and severally liable for **$4,135.11** in attorney's fees and **$569.92** in costs.

4. The Judgment entered in this action is for known delinquencies incurred for the period from January 2009 to May 2015; however, the audits of Defendant PIMA's records covered the period through December 31, 2014, only; therefore, if any additional amounts are discovered to be owed by Defendants PIMA and Pirouz from January 1, 2015, to May 31, 2015, the judgment in this action shall not operate as a bar and/or have res judicata effect or any other limitation of any legal right of the Plaintiff to determine and seek collection of any amount due, or that comes due by Defendant PIMA and/or Pirouz to any one or more of the trust funds during the period from January 1, 2015 to May 31, 2015.

1      5. The Court retains Jurisdiction over this matter to enforce the terms of the

2  Judgment and Order for the audit.

3

4  Dated: May 9, 2016                    _____

                                        MICHAEL W. FITZGERALD
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28