UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PIMA CORPORATION, a California corporation also known as and doing business as ADVANCED CONSTRUCTION; BIJAN PIROUZ, an individual; and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants. | CASE NO. CV15-09400 MWF(PLAx)<br><br>1. ORDER CORRECT JUDGMENT AND PERMANENT INJUNCTION NUNC PRO TUNC<br><br>2. JUDGMENT AND PERMANENT INJUNCTION NUNC PRO TUNC |

Pursuant to the Motion by Plaintiff for an Order Correcting Clerical Error in the monetary provisions of the Judgment and for Entry of Judgment and Permanent Injunction Nunc Pro Tunc and good cause appearing therefor,

IT IS HEREBY ORDERED, that the Judgment and Permanent Injunction entered on May 9, 2016 [docket no. 29] is corrected nunc pro tunc to accurately reflect the total due on the Judgment entered against Defendants, PIMA

CORPORATION, a California corporation also known as and doing business as ADVANCED CONSTRUCTION ("PIMA") and BIJAN PIROUZ, an individual ("PIROUZ") as set forth below.

IT IS THEREFORE FURTHER ORDERED, ADJUDGED AND DECREED that JUDGMENT AND PERMANENT INJUNCTION NUNC PRO TUNC is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Limited Liability Company as follows:

1. Judgment is entered in favor of Plaintiff and against Defendants PIMA and PIROUZ. Specifically, judgment is entered in favor of Plaintiff and against Defendant PIMA in the amount of $271,801.08. Of that amount, Defendant PIROUZ shall be jointly and severally liable for $105,803.95.

2. Defendant PIMA, through its responsible managing officer, Defendant PIROUZ, is to comply with an audit by Plaintiff commencing with the period of January 1, 2015, to the date of the audit and produce its payroll and business records to Plaintiff's appointed auditor and/or other authorized representative for a full and complete audit to determine Defendant PIMA's compliance with the reporting and payment provisions of labor agreements with the Southern California District Council of Laborers and its affiliated Local Unions. Defendant PIMA, through its responsible managing officer, Defendant PIROUZ and/or through any other authorized agent, or representative is to comply with the audit within 15 days of service of this Judgment and Order.

3. Plaintiff is awarded against Defendant PIMA $9,036.03 in attorney's fees and $1,159.84 in legal costs. Of these amounts, Defendant PIROUZ shall be jointly and severally liable for $5,716.08 in attorney's fees and $569.92 in costs.

4. The Judgment entered in this action is for known delinquencies incurred for the period from January 2009 to May 2015; however, the audits of Defendant PIMA's records covered the period through December 31, 2014, only; therefore, if any

302429.1

additional amounts are discovered to be owed by Defendants PIMA and PIROUZ from January 1, 2015, to May 31, 2015, the judgment in this action shall not operate as a bar and/or have res judicata effect or any other limitation of any legal right of the Plaintiff to determine and seek collection of any amount due, or that comes due by Defendant PIMA and/or PIROUZ to any one or more of the trust funds during the period from January 1, 2015 to May 31, 2015.

5. The Court retains Jurisdiction over this matter to enforce the terms of the Judgment and Order for the audit.

Dated: May 18, 2016

---

MICHAEL W. FITZGERALD
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010.

On **May 11, 2016**, I served the foregoing document described as [PROPOSED]

1. ORDER CORRECT JUDGMENT AND PERMANENT INJUNCTION NUNC PRO TUNC

2. JUDGMENT AND PERMANENT INJUNCTION NUNC PRO TUNC**,** on the interested parties in this action by placing

☐ the original    ☒ a true copy thereof

enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| BIJAN PIROUZ and<br>PIMA CORPORATION dba<br>ADVANCED CONSTRUCTION<br>c/o 917 S. Maple Avenue, Suite 300<br>Los Angeles, CA 90015 | BIJAN PIROUZ and<br>PIMA CORPORATION dba<br>ADVANCED CONSTRUCTION<br><br>Los Angeles, CA |

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on **May 11, 2016**, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/Virginia Alvarez
Virginia Alvarez